[No. 73926-3-I. Division One. September 6, 2016.]

ANNE CUTONE, *Appellant*, v. WAI K. LAW ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-38259-8, Veronica Alicea Galván, J., entered August 11, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, C.J., and Schindler, J.

[No. 73968-9-I. Division One. September 6, 2016.]

SHALISA HAYES, *Individually and as Personal Representative*, *Respondent*, v. BILL'S TOWING & GARAGE, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08108-1, Vicki L. Hogan, J., entered February 21, 2014. *Reversed* and *remanded* by unpublished opinion per Trickey, A.C.J., concurred in by Becker, J., and Lau, J. Pro Tem.

[No. 74227-2-I. Division One. September 6, 2016.]

*In the Matter of the Dependency of* A.D.

PATRICIA DIMITRY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-00679-7, Helen Halpert, J., entered November 3, 2015. *Dismissed* by unpublished opinion per Spearman, J., concurred in by Trickey, A.C.J., and Schindler, J.